IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES OWENS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | Case No. 14-cv-00055-JPG-DGW |
| GINA ALLEN, *et al.*, | ) | |
|     Defendants. | ) | |
| _____ | ) | **Consolidated with**: |
| JAMES OWENS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | Case No. 15-cv-01085-JPG-DGW |
| JOHN R. BALDWIN and SANDRA FUNK, | ) | |
|     Defendants, | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff James Owens' Motion (Doc. 3, 15-cv-01085) for Joiner of Civil Suits which the court will construe as a Motion for Consolidation of *Owens v. Baldwin*, 15-cv-1085-JPG-DGW with *Owens v. Allen*, 14-cv-00055. The Defendants have not filed a response and the time for doing so has expired.

Pursuant to Federal Rule of Civil Procedure 42(a) the Court has discretion to consolidate actions that involve a common question of law or fact. These cases involve allegations with regard to the transfer of the Plaintiff from Pinckneyville to Menard Correctional Center in 2011. As such, both cases involve common questions of law and fact.

Therefore, the Court **GRANTS** Plaintiff's Motion (Doc. 3, 15-cv-01085) for Joiner of Civil Suits which the court construed as a Motion for Consolidation.  For the purposes of discovery and trial, the Court hereby C**ONSOLIDATES** *Owens v. Baldwin*, 15-cv-1085-JPG-DGW with *Owens v. Allen*, 14-cv-00055-JPG-DGW.

All future filing shall bear the consolidated caption used in this order and shall be filed **ONLY** in *Owens v. Baldwin* (Case Number 14-cv-00055-JPG-DGW).   The Court will strike any filings in Case Number 15-cv-01085-JPG-DGW subsequent to this order.

The Clerk of Court is **DIRECTED** to **CONSOLIDATE** these cases and to file a copy of this Order in both cases.

**IT IS SO ORDERED.**

**DATED:**  11/24/2015

                                                *s/J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**