IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OWENS, #K83253, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-cv-55-SPM-RJD |
| SANDRA FUNK, | ) ) ) |
| Defendant. | ) ) |

## MINUTES OF SETTLEMENT CONFERENCE

DATE: March 22, 2021     TIME: 9:30 a.m.

PLACE: U.S. Courthouse, Benton, Illinois

PRESENT: Honorable Reona J. Daly, U. S. Magistrate Judge

COUNSEL FOR PLAINTIFF(S): *Ben Farley (video)*

COUNSEL FOR DEFENDANT(S): *Kay McClimans (video)*

PROCEEDINGS: Settlement Conference    In-Court Hours: *1.25*

✔ CASE SETTLED   ___ CASE DID NOT SETTLE   ___ CONF. CONTINUED

    ✔ Order of Dismissal to enter.   ___ 60 day   ___ 90 day   ___ 120 day

    ✔ Terms of settlement read into the record.   Reporter, *Liberty*.

    ___ Another Settlement Conference will be scheduled at a later date

    ___ Other: _____.