IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OWEN, #K83253,<br><br>**Plaintiff,**<br><br>v.<br><br>SANDRA FUNK, and JOHN R. BALDWIN,<br><br>**Defendants.** | Case No. 14-cv-00055-SPM |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 13, 2014 (Doc. 6), Defendants Gina Allen, T. Anderson, C/O Arvai, Lisa Asbusgne Dallas, James Belford, Sherry Benton, John Butler, Candace S. Childers, S Childers, Lt. Colgan, Dawayne Colton, Sgt. Daniels, Randy Davis, Kim Dean, Mary Dolce, John Evans, Brian Fairchild, Linda Fritts, Robert Gaddis, Salvadore Godinez, Harris, N. Hartman, Henton, Marc Hodges, Debbie Isaacs, Sarah Johnson, Sherri Jones-Lee, Tony Kittle, Brett A. Klindsworth, Robert Lutz, Jon McDonald, Jackie Miller, Lawrence Minor, Cathy Musgrave, Counselor Phoenix, Michael Randle, James Robinson, Eric S. Russell, Mike Sanders, H. Schuler, J. Selby, Jeffery Strubhart, Shane Tasky, Taylor Gladys, Mary Ticer, Randy Valdez, Roger E Walker, Sgt. Wells, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 11, John Doe 12, John Doe 13, John Doe 14, John Doe 15, John Doe 16, John Doe 17, John Doe 18, John Doe 19, John Doe 20, John Doe 21, John Doe 22, John Doe 23, and Robert were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 24, 2015 (Doc. 16), Defendants Mike Atchison, John Doe 1, John Doe 2, John Doe #4, John Doe #5, John Doe #6, John Doe #7, John Doe #8, John Doe #9, John Doe #10, John Doe #11, John Doe #12, John Doe #13, John Doe #14, John Doe #15, Phoenix, and Officer Wells were **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 22, 2015 (Doc. 27), Defendant Sandra Funk was **SUBSTITUTED** for John Doe #3.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of June 23, 2016 (Doc. 51) Defendant Kimberly Butler was **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 23, 2021 (Doc. 148), reflecting settlement between the remaining parties, this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

**DATED: February 18, 2022**

        MARGARET M. ROBERTIE,
        Clerk of Court

        By: s/ Tanya Kelley
            Deputy Clerk

**APPROVED:**   **s/ STEPHEN P. MCGLYNN**
                  **STEPHEN P. MCGLYNN**
                  **United States District Judge**